**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Case: 1:26-mj-00015 |
| | ) Assigned To: Judge Upadhyaya, Moxila A. |
| **v.** | ) Assign. Date: 1/29/2026 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| **DANDRE ERIC DAVIS** | ) |
| DOB: XX/XX/1994 | ) |
| | ) **UNDER SEAL** |
| *Defendant.* | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.     I submit this affidavit in support of a criminal complaint charging Dandre Eric DAVIS with distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).  Specifically, while residing outside of the District of Columbia, on or about January 20, 2026, DAVIS knowingly distributed material involving the sexual exploitation of minors via the chatting application Telegram into the District of Columbia.

2.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.     Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4.      I am currently a Senior Police Officer (SPO) with the Metropolitan Police Department (MPD) / FBI Child Exploitation and Human Trafficking Task Force (CEHTTF). My tenure with the MPD spans 30 years, and I have been conducting criminal investigations in this capacity for more than 20 years. I am responsible for investigating federal Child Exploitation offenses to include the advertisement of child pornography and attempt sexual exploitation of children. As a task force member, I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with more experienced detectives and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1) (the "Target Offense") have been committed by Dandre Eric DAVIS ("the Subject"), and others known and unknown.

**PROBABLE CAUSE**

7.      Leading up to January 12, 2026, an FBI WFO TFO was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered an online dating application that he was previously a member. Based on the affiant's experience, some users of this platform have a sexual proclivity in child exploitation. The UC has been a member of this site for several months and has an established profile.

8.      On January 12, 2026, a member of this application sent the UC a private message within the site using the screen name, "D," tentatively identified as the defendant, Dandre DAVIS. This application has a geo locator built into the application which placed DAVIS within five (5) miles of the UC's office located in Washington, DC.

9.      The following excerpt is from the conversation between the UC and DAVIS on the online dating application starting on January 12, 2026, and continuing through January 20, 2026:

DAVIS: What's up?
UC: Yo. What u into
DAVIS: Kinky perv.  No limit.[1]
UC: Same here, love very young dad son, dad daughter, incest, etc ….. No limits perv bi dad here.
DAVIS: Fucking hot dad.  Pics?
UC: Yes.  What ages have u perved to?
DAVIS: Sorry.  At work.  7-15.  You?
UC: Mmmm same and younger
DAVIS: Fuck. What age
UC: 6 girl and I have played with my off and on again gf boys 2 and 8
DAVIS: Nice.  You have pics?
UC:  Yeah u have naughty ones too?
DAVIS: Yes.

---

[1] Based on the affiant's training and experience, "no limit" is a term used to indicate that there are no limits on age as it relates to engaging in sexual acts.

UC: Mmm, u wanna text so we don't send here?
DAVIS: Yes
UC: [Provides cell phone number]

10.     On January 20, 2026, the same day the UC provided DAVIS his cell phone number, an individual with the phone number XXX-XXX-3321 texted the UC, stating, "Hey." The individual introduced himself as "Dre."

11.     The following excerpts are from a conversation between UC and DAVIS via text message:

DAVIS: Hey
UC: Hey many [*sic*] nice to meet u [UC provides name]. Nice to know there are pervs like me close lol.
DAVIS: Haha same.  Dre here.  Been into it but scared to meet others.
UC: Nice to meet u, yes, I have met a few but none really close.  When is that last time u got to play.  I have a 6 year old daughter I get to play with, she cool and keeps everything quiet.  I get her every other weekend.  Who was the 7 you got to play with.
DAVIS: Do her parents know?
UC: She my daughter lol,
DAVIS: Ohhh nice!!
UC: Very!!
DAVIS: Fuck that's so hot.  I want a boy.
…
UC: What about u, who u play with
DAVIS: Never in person.  I want to.
UC: Nice!
DAVIS: I want to see you cum with her.
UC: I shoot so hard, I would for sure, what types of naughty u have?  Random?
DAVIS: What do you mean?  Only have videos.  No in person.
UC: Oh nice!
DAVIS: You have pics?
UC:  I have a few of my daughter.
DAVIS: I want to see
UC: [Sends pictures of purported child].
DAVIS: Fuck. Nice

12.     During the conversation on January 20, 2026, DAVIS asked "Do you have

telegram?"  The UC provided his Telegram name.  In a continuation of the chat between DAVIS and the UC via text message, DAVIS texted that he "work[s] in the school system."  When the UC responds, "Ah, lucky!  I would be hard lol," DAVIS replies, "Haha I know it [smiling emoji]".

13.    On the same day, January 20, 2026, a user named "Dre" reached out to the UC. The user again stated "Dre. Hey."  And sends the UC two video files.

   a.  The first video is 25 seconds in length and depicts what appears to be a prepubescent boy masturbating his bare penis.  The boy appeared to be prepubescent because there was no hair on the genitalia and appeared to have a child-like body structure and face.

   b.  The second video is 4 minutes and 21 seconds in length and depicts prepubescent and teen boys engaging in sexual contact with each other. The boys in the video are seen performing oral sex on each other.  At least two of the boys appear to be prepubescent because there was no hair on the genitalia and appeared to have a child-like body structure and face and voice.

14.    The UC later responded to the videos stating, "Love coming to young." DAVIS then stated, "Let's do it together."

15.    During the course of the chat on the same day, the UC asked DAVIS "you have a good amount to bring if he had a good amount to bring, I have a few of daughter." (referring to the child porn that DAVIS sent).  DAVIS responded, "Yes." The UC discussed meeting in person the week of February 2, 2026, for the purpose of masturbating to child pornography.

16.    On January 28, 2026, the undersigned facetimed DAVIS. DAVIS' face was visible during the call. The images in DAVIS' profile from the dating application were visually similar to the person on the Facetime call.

17.    A law enforcement database check was conducted on the cellular phone number used by DAVIS. A check revealed that phone number resolves back to Dandre Eric DAVIS, B/M, DOB: XX/XX/1994, XXXX Silver Park Drive #XXX Suitland, Maryland. 20746. DAVIS indicated in the telegram chats with the UC that he lived in Suitland.

18.    An MPD RMS internal records check revealed that Dandre DAVIS was arrested for a DUI in 2018. A booking photo for that arrest is visually similar to the live Facetime call that the UC had with DAVIS.

19.    During the course of the chat and Facetime call DAVIS informed the UC that he works for the school system in Washington, DC. A Facebook profile for DAVIS indicates that he works for the DC public school system, and his LinkedIn profile states that he is a student activities coordinator with the DC Public Schools.

20.    On January 29, 2026, the undersigned confirmed that DAVIS is an Administrative Aide at [Redacted] Senior High School located at [ADDRESS REDACTED] NE DC.

## CONCLUSION

21.    For the reasons set forth above, I submit that probable cause exists to believe that on or about January 20, 2026, while residing outside the District of Columbia, DAVIS distributed child pornography, in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1).  I respectfully request that a criminal complaint be issued for DAVIS.

Respectfully submitted,

Timothy Palchak
Senior Police Officer
Metropolitan Police Department of DC

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1

and 41(d)(3) via telephone on January 29, 2026.

_____

The Honorable Moxila A. Upadhyaya
United States Magistrate Judge